## CERTIFICATE OF SERVICE     ADV. CASE NO. 18-01210-RBR

I, Tarek Kiem (name), certify that service of this summons and a copy of the complaint was made 5/4/2018 (date) by:

- ☒ **Mail Service:** Regular, first class United States mail, postage fully pre–paid, addressed to:
  Michelle Hazen, Co-Manager & Agent, Big Picture Loans, LLC
  E23970 Pow Wow Trail, Watersmeet, MI 49969

- ☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

- ☐ **Residence Service:** By leaving the process with the following adult at:

- ☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ **Publication:** The defendant was served as follows: [Describe briefly]

- ☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 5/4/2018                    Signature: /S/ TAREK KIEM

| | |
|---|---|
| Print Name: | TAREK KIEM, ESQ. |
| Address: | 8461 LAKE WORTH RD, STE 114 |
| City: LAKE WORTH | State: FL     Zip: 33467 |