UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

MARLON SPANN                                         Case No. 16-16497-RBR

               Debtor.                             Chapter 7
_____/
LESLIE S. OSBORNE, as
Chapter 7 Trustee of the
estate of MARLON SPANN,

    Plaintiff,

                                                       ADVERSARY
v.                                                   PROCEEDING NO.: 18-01210-RBR

BIG PICTURE LOANS, LLC

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I certify that a true copy of the Complaint (ECF No. 1), the Summons (ECF No. 3), and the Order Setting Filing and Disclosure Requirements for Pretrial and Trial (ECF No. 4) were served on 5/4/2018 via First Class U.S. Mail, on the following:

Michelle Hazen, Co-Manager & Agent, Big Picture Loans, LLC
E23970 Pow Wow Trail, Watersmeet, MI 49969

                            **KIEM LAW, PLLC**
                            Attorney for Plaintiff
                            8461 Lake Worth Road, Suite 114
                            Lake Worth, Florida 33467
                            Telephone: 561-600-0406
                            Facsimile:  561-763-7355
                            Email: tarek@kiemlaw.com

                      By:    /s/ Tarek K. Kiem_____
                            Tarek K. Kiem
                            Florida Bar No 0637041

Dated: 5/4/2018